Patrick J. Kearns, Esq. (SBN 241602)
Sarena L. Kustic, Esq. (SBN 292715)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:   (619) 321-6200
Facsimile:    (619) 321-6201
Email:          Patrick.Kearns@wilsonelser.com
                    Sarena.Kustic@wilsonelser.com

Attorneys for Defendant, AMERICAN AIRLINES GROUP, INC., dba AMERICAN AIRLINES, erroneously sued as AMERICAN AIRLINES, INC., dba AMERICAN AIRLINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN BANKS, an Individual; NATALIE EPSTEIN, an Individual; BRANDY FLOWERS, an Individual; CYNTHIA VASSOR, an Individual and AUBREY KELLY, an Individual<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. dba AMERICAN AIRLINES, a Delaware Corporation; DOE DEFENDANTS 1-20, inclusive;<br><br>Defendants. | Case No. 2:20-cv-05495 ODW (GJSx)<br><br>**DEFENDANT AMERICAN AIRLINES GROUP, INC.'S REPLY AND NOTICE OF PLAINTIFFS' NON-OPPOSITION IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>District Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Gail J. Standish<br><br>Complaint Filed: June 19, 2020<br>Amended Complaint Filed: July 31, 2020<br>Trial Date: Not Yet Set<br><br>Hearing Date:   September 21, 2020<br>Hearing Time:   1:30 p.m.<br>Courtroom:       5D |

Defendant AMERICAN AIRLINES GROUP, INC., dba AMERICAN AIRLINES, erroneously sued herein as AMERICAN AIRLINES, INC., dba AMERICAN AIRLINES ("American Airlines"), hereby submits this Reply and Notice of Plaintiffs' Non-Opposition in support of its Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion").

/ / /

1

American Airlines filed and served its Motion to Dismiss Plaintiffs' First Amended Complaint on August 13, 2020. (Dkt. No. 12.)

Pursuant to the Central District's Local Rule of Court 7-9, Plaintiffs' opposition was due no later than 21 days before the hearing. Adherence to the timing requirements set forth in Local Rule 7-9 is mandatory. (Chambers Rule, VII. A. 1.)

The hearing on American Airlines' Motion to Dismiss the First Amended Complaint is set for September 21, 2020. Thus, the deadline for Plaintiffs to file an opposition was **August 31, 2020**. It is now Friday, September 4, 2020, four days past the deadline, and no opposition has been filed. Plaintiffs' failure to oppose the motion may be deemed consent to granting the Motion. (Local Rule 7-12.) American Airlines' unopposed Motion should be granted.

Notably, Plaintiffs have already amended their Complaint once, in response to American Airlines' meet and confer efforts under Local Rule 7-3. Plaintiffs' have sworn to the facts identified in their First Amended Complaint by way of attached declarations, and the facts do not give rise to a claim. Consequently, Plaintiffs cannot reasonably cure the legal and factual deficiencies through yet another Amendment. Accordingly, based on the points and authorities set forth in American Airlines' unopposed Motion to Dismiss the First Amended Complaint, this case should be dismissed in its entirety, with prejudice.

Respectfully submitted,

Dated:  September 4, 2020        WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP

                                 By: */s/ Patrick J. Kearns*
                                     Patrick J. Kearns, Esq.
                                     Sarena Kustic, Esq.
                                     Attorneys for Defendant,
                                     AMERICAN AIRLINES GROUP, INC.,
                                     dba AMERICAN AIRLINES

*Elgin Banks v. American Airlines, et al.*
USDC Central District of California Case No. 2:20-cv-05495 ODW (GJSx)

## PROOF OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On September 4, 2020, I caused to be served the following document(s) described as follows:

**DEFENDANT AMERICAN AIRLINES GROUP, INC.'S REPLY AND NOTICE OF PLAINTIFFS' NON-OPPOSITION IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

Executed on September 4, 2020, at San Diego, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

*Katelyn Kingsley*
Katelyn E. Kingsley

*Elgin Banks v. American Airlines, et al.*
USDC Central District of California Case No. 2:20-cv-05495 ODW (GJSx)

## SERVICE LIST

| | |
|---|---|
| Theida Salazar, Esq.<br>Law Offices of Theida Salazar<br>2140 N Hollywood Way, #7192<br>Burbank, CA 91510-8074<br>Telephone: (818) 433-7290<br>Fax: (818) 436-4009<br>Email: salazarlawgroup@gmail.com | **ATTORNEY FOR PLAINTIFFS** |