# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-5495-GW-GJSx | Date | September 15, 2020 |
|---|---|---|---|
| Title | *Elgin Banks, et al. v. American Airlines, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - TRANSFER OF CASE TO JUDGE WU**

This action has been reassigned to the HONORABLE GEORGE H. WU, United States District Judge. The magistrate judge initials remain the same.

Please substitute the initials GW in place of the initials ODW. The case number will now read: CV 20-5495-GW-GJSx. As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings. Judge Wu's Courtroom Deputy Clerk, Javier Gonzalez, can be reached at javier_gonzalez@cacd.uscourts.gov.

Judge Wu is located in Courtroom 9D, at the First Street Courthouse, on the 9th Floor of the United States Courthouse at 350 West 1st Street, Los Angeles, California. Additional information about Judge Wu's procedures and schedule can be found on the Court's website at www.cacd.uscourts.gov.

Defendant American Airlines Group, Inc., dba American Airlines' Motion to Dismiss and to Strike, Pursuant to F.R.C.P. Rule 12 [12], set for hearing on September 21, 2020, is continued to October 1, 2020 at 8:30 a.m.

:

Initials of Preparer   JG