```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                     September 30, 2020

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY: Natalie L. Calkins  DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar )<br><br>of )<br><br>Judge MARK C. SCARSI ) | ORDER OF THE CHIEF JUDGE<br><br>**20-145** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mark C. Scarsi,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge George H. Wu to the calendar of Judge Mark C. Scarsi:

| Case Number | Case Name |
|---|---|
| 2:19-cv-02534-GW-SSx | Brian Sims v. Capstone Logistics, LLC et al |
| 2:19-cv-04346-GW-JPR | Jailen Parks v. Chacano Christian |
| 2:19-cv-05754-GW-PVC | Elliot D. Jackson v. Kelly Santoro |
| 2:19-cv-08185-GW-PJWx | Edward Heldman III et al v. Larry Zerner |
| 2:19-cv-08741-GW-GJSx | Brian Whitaker v. Dollar Hits Temple Inc. et al |
| 2:19-cv-08813-GW-JPRx | Communities For A Better Environment v. Los Angeles Department of Water and Power |
| 2:19-cv-10056-GW-KSx | Frank A. Acuna et al v. Quicken Loans Inc. et al |
| 2:19-cv-10984-GW-MAAx | Ricardo Sherfield v. Garfield Beach CVS, L.L.C. et al |
| 2:20-cv-02599-GW-ASx | Construction Laborers Trust Funds for Southern California Administrative Company v. Neal Electric Corp. |
| 2:20-cv-03011-GW-MRWx | Angela Ma v. Kendall Jenner, Inc. et al |
| 2:20-cv-03531-GW-SKx | David Ramirez v. Rite Aid Corporation |
| 2:20-cv-03556-GW-MRWx | David Jennings v. United West Recovery et al |
| 2:20-cv-03893-GW-AFMx | Jessica Gardenia Guzman v. FCA US LLC et al |
| 2:20-cv-04713-GW-JPRx | Karla Uribe v. Midland Credit Management, Inc. et al |
| 2:20-cv-05031-GW-SKx | Phillip Wong et al v. BMW of North America, LLC |
| 2:20-cv-05495-GW-GJSx | Elgin Banks et al v. American Airlines Inc et al |

In the Matter of the
Creation of Calendar for
District Judge Mark C. Scarsi                                                                                     2

| | |
|---|---|
| 2:20-cv-06089-GW-RAOx | Primerica Life Insurance Company v. Mary A. Watkins et al |
| 2:20-cv-06212-GW-Ex | Wilfredo Rivas v. ABM Industry Groups, LLC |
| 2:20-cv-08400-GW-SKx | Penny Gentieu v. Dollar General Corporation et al |
| 5:20-cv-01181-GW-MAA | Rickey Lewis McDonald v. Riverside County Sheriff Dept. et al |
| 5:20-cv-01533-GW-KKx | Tino Clark v. Access Finance, Inc. |
| 5:20-cv-01590-GW-SHKx | Tonya Marie Williamson v. Ford Motor Company |
| 5:20-cv-01858-GW-KKx | Tyieka Boykins v. Challenge Financial Services, Inc. |
| 8:20-cv-00394-GW-KES | *SEALED* |

DATED: September 30, 2020

_____
Chief Judge Philip S. Gutierrez