**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN BANKS, an Individual; NATALIE EPSTEIN, an Individual; BRANDY FLOWERS, an Individual; CYNTHA VASSOR, an Individual; and AUBREY KELLY, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC., dba AMERICAN AIRLINES, a Delaware Corporation; and DOE DEFENDANTS 1–20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05495-MCS-GJS<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Motion to Dismiss and to Strike Fourth Amended Complaint, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant American Airlines Group, Inc., doing business as American Airlines, and against Plaintiffs Elgin Banks, Natalie Epstein, Brandy Flowers, Cynthia Vassor, and Aubrey Kelly. Plaintiffs shall take nothing from their action against Defendant. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 21, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE